UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                 :
DEBBIE BERNSTEIN,                 :
                 :
             Plaintiff,      :
                 :      24-CV-6808 (VSB)
        -against-                 :
                 :      **ORDER**
JPMORGAN CHASE BANK, N.A.,       :
                 :
            Defendants.  :
--------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      It has been reported to the Court that the parties in this case have reached a settlement in principle. (*See* Doc. 13.) Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: January 27, 2025
      New York, New York

                                                    _____
                                                    Vernon S. Broderick
                                                    United States District Judge